NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. PROCEVIAT,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7010

---

Appeal from the United States Court of Appeals for Veterans Claims in 11-1066, Judge Robert N. Davis.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Richard A. Proceviat's unopposed motion for an extension of time to file his reply brief,

IT IS ORDERED THAT:

The motion is granted. The reply brief is due January 17, 2013.

RICHARD PROCEVIAT V. SHINSEKI                                                2

                                        FOR THE COURT

                                        /s/ Jan Horbaly
                                        Jan Horbaly
                                        Clerk

s26